THE NIAGARA FALLS HYDRAULIC POWER AND MANUFACTURING COMPANY, Respondent, v. JULIAN H. SCHERMERHORN, as Trustee in Bankruptcy of ACKER PROCESS COMPANY, Appellant.

*Niagara Falls Hydraulic P. & Mfg. Co.* v. *Schermerhorn*, 132 App. Div. 442, affirmed.
(Argued December 14, 1909; decided January 4, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 5, 1909, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term, a jury having been waived, in an action to recover the value of certain buildings, fixtures and appurtenances erected by the Acker

Process Company upon lands leased to it by plaintiff and seized and disposed of by defendant trustee.

*Louis Marshall* for appellant.

*John L. Romer* and *Charles M. Harrington* for respondent.

Judgment affirmed, with costs, on opinions below.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.